| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>------------------------------------------------------------- X<br>                                            :<br>CHAN AH WAH, et al.,                      :<br>                          Plaintiffs,     :<br>                                            :<br>                       -against-             :<br>                                            :<br>HSBC NORTH AMERICA HOLDINGS INC., et al., :<br>                                   Defendants.    :<br>------------------------------------------------------------- :<br>                                             X | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 02/03/2016<br><br>15 Civ. 8974 (LGS)<br><br>ORDER |

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, on February 3, 2016, a Telephone Conference was held in this matter;

    WHEREAS, during the Conference, the Plaintiffs agreed to postpone amending the Complaint until a later date; it is hereby

    **ORDERED** that, for the reasons discussed at the Conference, the parties shall meet with Magistrate Judge Ellis for mediation as soon as possible and, subject to his availability, no later than March 18, 2016. It is further

    **ORDERED** that within one week following the mediation, the parties shall submit a joint letter either (1) informing the Court that they have resolved the matter or (2) proposing a briefing schedule for Defendants' anticipated motion to dismiss.

    The Clerk of Court is directed to mail a copy of this Order to pro se Plaintiffs.

Dated: February 3, 2016
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**