```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
CHAN AH WAH, et al.,                                          :
                                                              :
                                  Plaintiffs,                 :     15 Civ. 8974 (LGS)
                                                              :
                     -against-                                :     ORDER
                                                              :
HSBC NORTH AMERICA HOLDINGS INC., et al.,                     :
                                                              :
                                  Defendants.                 :
------------------------------------------------------------- X
```

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #:_____ |
| DATE FILED: 6/27/2017 |

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on June 27, 2017, a conference was held in this case; it is hereby

**ORDERED** that this case is stayed pursuant to paragraph 21 of the Preliminary Approval Order (Dkt. No. 536) in *In re Foreign Exchange Benchmark Rates Antitrust Litigation ("FOREX")*, No. 13 Civ. 7789, which enjoins members of the *FOREX* settlement class from prosecuting any claims related to the alleged manipulation of the FX benchmark rates until the Court has finally determined whether the *FOREX* settlement should be approved. It is further

**ORDERED** that Defendants shall provide Plaintiffs a copy of the "Notice of Class Action Settlements" in *FOREX* once that notice is distributed to class members.

The Clerk of Court is directed to mail a copy of this Order to the pro se Plaintiffs.

Dated: June 27, 2017
       New York, New York

                                                   _____
                                                   **LORNA G. SCHOFIELD**
                                                   **UNITED STATES DISTRICT JUDGE**