USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/6/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
CHAN AH WAH, et al.,                                          :
                                  Plaintiffs,                 :
                                                              :   15 Civ. 8974 (LGS)
            -against-                                         :
                                                              :       ORDER
HSBC NORTH AMERICA HOLDINGS INC., et al.,                     :
                                  Defendants.                 :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that the conference in this matter previously scheduled for March 7, 2018 at 10:50 a.m., is adjourned to March 7, 2018 at 11:15 a.m., due to a scheduling conflict.

Dated: March 6, 2018
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**