UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
CHAN AH WAH, et al.,                                         :
                                                             :
                                    Plaintiffs,              :        15 Civ. 8974 (LGS)
                                                             :        17 Civ. 6863 (LGS)
                        -against-                            :
                                                             :                ORDER
HSBC NORTH AMERICA HOLDINGS, INC.,                           :
et al.,                                                      :
                                                             :
                                    Defendants.              :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, pro se Plaintiff Lim Cheok Kee Willy sent to the Court a letter regarding Plaintiff's daughter. The envelope, addressed to the Court's Pro Se Intake office, indicated that the letter should be docketed in *Chan Ah Wah v. HSBC North America Holdings, Inc.*, No. 15 Civ. 8974. The letter was also docketed in the related case *Ah Wah Chan v. HSBC North America Holdings Inc.*, No. 17 Civ. 6863.

WHEREAS, although the Court is sympathetic to pro se Plaintiff, the relief requested in the letter cannot be granted in these cases. These cases, which have been closed since 2019, concerned allegations that Defendant banks engaged in a conspiracy to manipulate benchmark rates in the foreign exchange market. In order to seek the requested relief, Plaintiff must file a new case.

WHEREAS, Plaintiff is also advised that, based on the allegations in Plaintiff's letter, state court is likely the proper venue for any new case that Plaintiff files. This Court is a federal court, and federal courts have "limited jurisdiction" to hear only specific types of disputes. *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 377 (1994). State courts, on the other hand, typically possess broader authority to hear disputes. Plaintiff's letter, even liberally construed, does not appear to raise any issues that are within a federal court's power to decide.

However, the letter may raise issues that a state court would potentially possess the power to decide.  It is hereby

ORDERED that Plaintiff's letter be stricken from the dockets of case Nos. 15 Civ. 8974 and 17 Civ. 6863, because the letter is unrelated to the issues in these cases.

The Clerk of Court is respectfully directed to mail a copy of this Order to pro se Plaintiff Willy and to strike Dkt. 329 in case No. 15 Civ. 8974 and Dkt. 79 in case No. 17 Civ. 6863.

Dated: January 15, 2026
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

2